UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80026-CIV-RYSKAMP/VITUNAC

JOSEPH P. GROBASKI,

    Plaintiff,

v.

GMAC MORTGAGE CORPORATION,
d/b/a DITECH.COM,

    Defendant.
_____/

## ORDER DENYING MOTION FOR ENTRY OF CONSENT ORDER DISMISSING MATTER WITH PREJUDICE

THIS CAUSE comes before the Court pursuant to the parties' Notice of Settlement and Joint Motion for Entry of Consent Order Dismissing Matter With Prejudice, filed September 26, 2005 **[DE 19]**. The parties represent that this action has settled and request that the Court enter an order dismissing this action with prejudice. Although the parties request that the Court close this case, they represent that they require additional time to document and effectuate their settlement and wish that the dismissal order not be effective until sixty days from the date of its entry. It is hereby

ORDERED AND ADJUDGED that the motion is DENIED. The Court will enter an order of dismissal upon receiving notice that the settlement documents have been executed.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 11th day of October, 2005.

Copies provided:
See attached schedule

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE