FILED by _____ D.C.
ELECTRONIC

Feb 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80026-CIV-RYSKAMP/VITUNAC

| | |
|---|---|
| JOSEPH P. GROBASKI, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| GMAC MORTGAGE CORPORATION d/b/a DITECH.COM, | * |
| | * |
| Defendant. | * |

## JOINT STATUS UPDATE

On January 23, 2006, this Court directed the parties to file a joint status update by February 2, 2006 as to the settlement agreement reached in this matter. Pursuant to the Court's Order, Joseph P. Grobaski and GMAC Mortgage Corporation d/b/a ditech.com (individually referred to as "Plaintiff" and "GMACM" respectively, and collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby jointly advise the Court that the Parties have agreed to a settlement of this matter and are in the process of effectuating such settlement.

This action is one of approximately 109 cases that had been pending in five States, including Florida, all of which actions were filed by Plaintiff's counsel on behalf of named Plaintiffs against GMACM. Of the 109 cases, approximately 102 cases have been dismissed with prejudice by the Courts to date. Although the Parties have agreed to settle the instant matter, based on the Parties' written settlement agreement, Plaintiff must submit to GMACM certain documents pertaining to a bankruptcy proceeding filed by Plaintiff before the Parties can consummate this matter's settlement. Plaintiff's counsel has advised GMACM that the bankruptcy court reviewing Plaintiff's bankruptcy action has recently agreed to reopen the bankruptcy, in accordance with the Parties' settlement agreement. As such, the Parties anticipate that Plaintiff will be able to promptly forward GMACM the necessary documents, that the Parties will be able to consummate settlement and that this matter, thereafter, can be dismissed by the Court with prejudice. The Parties expect to consummate the settlement and file a

Stipulation of Dismissal with Prejudice within the next thirty (30) days. To the extent the Parties cannot consummate

the settlement and file such Stipulation within that time-frame, the Parties respectfully propose the filing of an updated Joint Status Report detailing the settlement status or, in the alternative, the Parties advise the Court that they are available for a status conference with the Court, either telephonically or in person.

Respectfully submitted this 2nd day of February, 2006.

| | |
|---|---|
| LEGG LAW FIRM, LLC | NASON, YEAGER, GERSON, WHITE & LIOCE, P.A. |
| 5500 Buckeystown Pike | 1645 Palm Beach Lakes Boulevard, Suite 1200 |
| Frederick, MD 21703 | West Palm Beach, Florida 33401 |
| Telephone: (301) 620-1016 | Telephone: (561) 686-3307 |
| Facsimile: (301) 620-1018 | Facsimile: (561) 686-5442 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Florida Bar No. 17388 | Florida Bar No.: 494860 |
| By: /s/ *Mary T. Szeluga* | By: /s/ *Brett Horowitz* |
| Mary T. Szeluga | Brett J. Horowitz |
| Trial Counsel | Trial Counsel |

Mark S. Melodia, Esq.
REED SMITH LLP
136 Main Street, Suite 250
P.O. Box 7839
Princeton, New Jersey 08543-7839
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Attorneys for Defendant

Copies Furnished To:

Brett J. Horowitz, Esq., Nason, Yeager, Gerson, White & Lioce, P.A., 1645 Palm Beach Lakes Blvd., Ste. 1200, W. Palm Beach, FL 33401

Mark S. Melodia, Esq., Reed Smith, LLP, 136 Main Street, Ste. 250, Princeton, NJ 08543-7839

Mary T. Szeluga, Esq., Legg Law Firm, LLC, 5500 Buckeystown Pike, Frederick, MD 21703

H:\7542\17054\PJointStatusUpdateBJH/sjj