FILED by ___ D.C.
ELECTRONIC

Mar 1 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:05-CV-80026-CIV-RYSKAMP/VITUNAC

| | |
|---|---|
| JOSEPH P. GROBASKI | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| GMAC MORTGAGE CORPORATION | * |
| D/B/A DITECH.COM, | * |
| | * |
| Defendant. | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel of record that this action be and is hereby dismissed with prejudice.

LEGG LAW FIRM, LLC
5500 Buckeystown Pike
Frederick, MD 21703
Telephone:    (301) 620-1016
Facsimile:    (301) 620-1018
Attorneys for Plaintiff
Florida Bar No. 17388

By: /s/ *Mary J. Szeluga*
    Mary T. Szeluga
    Trial Counsel

NASON, YEAGER, GERSON, WHITE &
LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:    (561) 686-3307
Facsimile:    (561) 686-5442
Attorneys for Defendant
Florida Bar No.: 494860

By: /s/ *Brett J. Horowitz*
    Brett J. Horowitz
    Trial Counsel

Mark S. Melodia, Esq.
REED SMITH LLP
136 Main Street, Suite 250
P.O. Box 7839
Princeton, New Jersey 08543-7839
Telephone:    (609) 987-0050
Facsimile:    (609) 951-0824
Attorneys for Defendant

24pa

Dated: March 1, 2006                                  Dated: March 1, 2006

Copies Furnished To:

Brett J. Horowitz, Esq.
Nason, Yeager, Gerson, White & Lioce, P.A.
1645 Palm Beach Lakes Blvd., Ste. 1200
W. Palm Beach, FL 33401

Mark S. Melodia, Esq.
Reed Smith, LLP
136 Main Street, Ste. 250
Princeton, NJ 08543-7839

Mary T. Szeluga, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703

H:\7542\17054\PFinalStipDismissal_v1BJH/sjj